**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| SEARCH OF: ) | |
| ) | **ORDER** |
| Four Cellular Telephones and Media ) | |
| Storage Devices Associated with Angelita ) | |
| Starr, ) | |
| ) | Case No. 1:13-mj-001 |

Before the court is a Motion to Seal filed by the Government on January 15, 2013. The Government avers that the information contained in the Search Warrant and supporting documents includes names and information, which, if made public, could compromise an ongoing criminal investigation and jeopardize the safety of witnesses and informants if their indenties are disclosed.

The court **GRANTS** the Government's motion (Docket No. 4) and **ORDERS** that all materials associated with the issuance of the above-captioned Search Warrant–including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return, and the Government's motion–be sealed for one-hundred twenty (120) days from the date of order, unless that time is extended by the Court upon motion by the Government.

Dated this 15th day of January, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court